UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NATHAN LEE ADAMS,                             CIVIL NO. 17-5395 (PJS/DTS)

       Plaintiff,

v.                                                  ORDER

SAUK RAPIDS POLICE DEPT.;
SAINT CLOUD POLICE DEPT.;
BENTON COUNTY;
STEARNS COUNTY; and
JOHN DOE OFCS,
*individually and in official capacity,*

       Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated February 6, 2018. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(b) for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 3/1/18

                                                   s/Patrick J. Schiltz
                                                   PATRICK J. SCHILTZ
                                                   United States District Court Judge